# SENTENCING SUMMARY CHART
[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO [ ]
AUSA [ ]
DEF [✓]

**Sentencing Date:** 3/21/22 @ 10 am

Defendant's Name: ELIAZAR PATINO          Docket No.: 21-CR-637-GPC

Attorney's Name: KEITH H. RUTMAN          Phone No.: 619-237-9072

Guideline Manual Used: November 1, 2018          Agree with USPO Calc.: No

| Item | Value |
|---|---|
| Base Offense Levels: (Drug Quantity if Applicable:) USSG § 2D1.1(a)(5) & (c)(2) — 257 kilograms cocaine | 33 |
| Specific Offense Characteristics: USSG § — USSG §§ 2D1.1(b)(17) and 5C1.2 "Safety Valve" | -2 |
| Victim Related Adjustment: | 0 |
| Adjustment for Role in the Offense: | 0 |
| Adjustment for Obstruction of Justice: | 0 |
| Adjustment for Reckless Endangerment During Flight: | 0 |
| Adjusted Offense Level: ([ ] Combined (Mult. Counts) [ ] Career Off. [ ] Armed Career Crim.) | 31 |
| Adjustment for Acceptance of Responsibility: [✓] Gov. Motion Under USSG § 3E1.1(b) | -3 |
| Total Offense Level: | 28 |
| Criminal History Score: | 0 |
| Criminal History Category: ([ ] Career Offender [ ] Armed Career Criminal) | I |

Guideline Range:                              from 78 mths
(Range limited by: [ ] minimum mand. [ ] statutory maximum)    to 97 mths

Departures:
USSG § 5K3.1 - expeditious resolution                    -2

Resulting Guideline Range: Adjusted Offense Level 26          from 63 mths
**RECOMMENDATIONS:** Western Region                           to 78 mths
Not more than 60 months custody per 18 U.S.C. § 3553(a), followed by 5 years of supervised release. No fine and a $100 Penalty Assessment.